No. 71–123. NATIONAL LABOR RELATIONS BOARD *v.* BURNS INTERNATIONAL SECURITY SERVICES, INC. (FORMERLY KNOWN AS WILLIAM J. BURNS INTERNATIONAL DETECTIVE AGENCY, INC.), ET AL.; and

No. 71–198. BURNS INTERNATIONAL SECURITY SERVICES, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 822.] Motion of respondent International Union, United Plant Guard Workers of America, for additional time for oral argument granted and 15 minutes allotted to the Union for that purpose. Burns International Security Services, Inc., allotted 15 additional minutes for oral argument.

No. 70–5015. ARGERSINGER *v.* HAMLIN, SHERIFF. Sup. Ct. Fla. [Certiorari granted, 401 U. S. 908.] Case restored to calendar for reargument. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 71–36. CALIFORNIA ET AL. *v.* LaRUE ET AL. Appeal from D. C. C. D. Cal. Probable jurisdiction noted.

No. 70–5276. MUREL ET AL. *v.* BALTIMORE CITY CRIMINAL COURT ET AL. C. A. 4th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–5103. MORRISSEY ET AL. *v.* BREWER, WARDEN, ET AL. C. A. 8th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.

No. 71–5144. McNEIL *v.* DIRECTOR, PATUXENT INSTITUTION. Ct. Sp. App. Md. Motion for leave to proceed *in forma pauperis* and certiorari granted.